**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF v. HAOREN MA DEFENDANT(S). | CASE NUMBER: 11 2145M -1 REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 1500 HRS 9/14/11 SAN GABRIEL  ☐ AM / ☒ PM
2. Defendant is in lock-up (in this court building)   Yes ☒   No ☐
3. Charges under which defendant has been booked:
   8 USC 1324 ALIEN SMUGGLING  18USC1546 VISA FRAUD
4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes   ☒ No   ☐ Unknown   ASYLEE
6. Interpreter Required: ☐ No   ☒ Yes: MANDARIN (Language)
7. Year of Birth: 1968
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel?   ☒ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services? ☒ Yes ☐ No
    ☐ If yes, please list Officer's Name: DUTY   Time: 1000 ☒ AM / ☐ PM
14. Remarks (if any): _____
15. Date: 9/15/11
16. Name: HENRIETTA MARZ (Please Print)
17. Agency: HSI
18. Signature: [signature]
19. Office Phone Number: 562-843-2818

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION