# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
| PLAINTIFF | **11 2145M -2** |
| v. | |
| MINGHAN DONG | REPORT COMMENCING CRIMINAL ACTION |
| DEFENDANT(S). | |

**TO:** CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 9/14/11  3:00   ☐ AM / ☒ PM
2. Defendant is in lock-up (in this court building)   Yes ☒   No ☐
3. Charges under which defendant has been booked:
   8 USC 1324 - ALIEN SMUGGLING; 18 USC 1546 - VISA FRAUD
4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes   ☒ No   ☐ Unknown   (ASYLEE)
6. Interpreter Required: ☐ No   ☒ Yes: MANDARIN   (Language)
7. Year of Birth: 1965
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A )
12. Does the defendant have retained counsel?   ☒ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☒ If yes, please list Officer's Name: DUTY   Time: 11:00 ☒ AM / ☐ PM
14. Remarks (if any): _____

15. Date: 9/15/11
16. Name: KENNETH MARTINSON ~~MATTHEW ~~   (Please Print)
17. Agency: ICE/HSI
18. Signature: [signature]
19. Office Phone Number: (562) 843-2818

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION

FILED 2011 SEP 15 AM 11:07